UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

BENJAMIN NAZMIYAL, RACHEL GREENBERG, MICHAEL E. CRANE, WRISTWATCH CAFÉ LLC, and KOSHER FOOD CONNECTION LLC,

                Appellants,

-against-

TREASURES AND GEMS LTD.,

                Appellee.

25-cv-1047 (AS)

ORDER

ARUN SUBRAMANIAN, United States District Judge:

    By **March 7, 2025**, the parties should advise the Court as to whether any live dispute between the parties remains.

    SO ORDERED.

Dated: February 28, 2025
       New York, New York

                                          ARUN SUBRAMANIAN
                                          United States District Judge