UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| Benjamin Nazmiyal et al.,<br><br>                         Appellants,<br><br>        -against-<br><br>Treasures and Gems, Ltd.,<br><br>                        Appellee. | 25-CV-1047 (AS)<br><br>ORDER |

ARUN SUBRAMANIAN, United States District Judge:

Appellants, if they still intend to pursue this appeal, shall file a letter no longer than three single-spaced pages limited to the following issues: what **monetary damages** they believe are viable **on this appeal**, the legal basis for such damages, whether they sought such damages in the bankruptcy court (with citations to the record), and why this claim for damages would not be equitably moot. That letter is due by **January 9, 2026**, and Appellee may file a reply no longer than three pages by **January 16, 2026**. If appellants are no longer pursuing this appeal, they may so inform the Court in lieu of filing their letter.

        SO ORDERED.

Dated: December 29, 2025
      New York, New York

                                            ARUN SUBRAMANIAN
                                       United States District Judge