

January 9, 2026

GRANTED. And any reply is due by January 27, 2026 and is limited to two pages. The Clerk of Court is respectfully directed to terminate the motion at Dkt. 36.

SO ORDERED.

Arun Subramanian, U.S.D.J.

Date: January 12, 2026

**By ECF**
Honorable Arun Subramanian, United States District Judge
United States District Court, Southern District of New York
500 Pearl Street, Courtroom 15A
New York, New York 10007

*Re: Nazmiyal et al., Appellants v. Treasures and Gems Ltd., Appellee; 25-cv-1047 (AS)*

Dear Judge Subramanian:

As the Court is aware, the undersigned is counsel for all appellants herein on February 28, 2025 (ECF Doc. 9, Notice). I submit this letter in partial response to this Court's Order dated December 29, 2025 (ECF Doc. 35), confirming Appellants' commitment to their instant appeal. That order also requested that Appellants detail, with citations to the bankruptcy court record below, the monetary claims that are at issue on this appeal and explain why Appellants are not equitably estopped from proceeding with any such claims (presumably in connection with the Appellee's and intervenor's fully briefed and pending motion to dismiss the appeal as moot, which was briefed in March and April of 2025 (See ECF Docs. 18, 32, 33, 34 [the "MTD"] and ECF Docs. 29, 30, 31 and attachments [the "Objection" or "Opposition"]).

As the Court is aware, the undersigned did not represent Appellants during the bankruptcy proceedings and while the undersigned has confirmed that the issues were raised below and are impacted by the appeal, locating/compiling the citations to the record below are taking much longer than expected. The undersigned further notes that the Court's unexpected request for supplementation arrived just before the New Year's holiday weekend, when one of my children who lives overseas arrived for a 10-day family visit, and the undersigned has been juggling family obligations with prior deadlines for other litigation clients and this Court's deadline to submit a detailed succinct letter, all while battling a diagnosed case of influenza under the care of a physician.

The undersigned respectfully requests that this Honorable Court provide the undersigned with a short enlargement of time to submit the detailed letter and a continuance of the parties submission dates by six (6) days -- from January 9, 2026 to January 15, 2026 and from January 16, 2026 to January 22, 2026 (but would gratefully accept any shorter enlargement). Appellants also respectfully request the right to submit a two page reply. This is the first such request. The undersigned apologizes for this late request, which was not filed two days ago because the undersigned has been working tirelessly to meet today's deadline and was overly optimistic that it would be finished and filed today.

Respectfully Submitted,

/s/ *MCShapiro*

cc: All counsel of record (via ECF)                    Mitchell C. Shapiro

THREE GRACE AVENUE, SUITE 100 (MAILING: 16 MIDDLE NECK ROAD #207) GREAT NECK, NEW YORK 11021
TEL.: 917.446.3628   FAX: 646.304.7555   EMAIL: MCS@MCSHAPIROLAW.COM   LINKEDIN.COM/IN/MITCHELLCSHAPIRO