**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
----------------------------------------------------------------X
Benjamin Nazmiyal et al.,

                                Appellants,

       -against-                                           25 **CIVIL** 1047 (AS)

                                              **JUDGMENT**

Treasures and Gems, Ltd.,,

                                Appellee.
----------------------------------------------------------------X

        It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Opinion & Order dated February 3, 2026, the motion to dismiss the appeal is GRANTED and the case is closed.

**Dated:** New York, New York

       February 5, 2026

                                       **TAMMI M. HELLWIG**

                                          **Clerk of Court**

            **BY:**

                                            **Deputy Clerk**